

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    BTEC New Albany LLC, ReNew Albany Holdings, LLC, and Richard Woryk v. BTEC Turbines LP

Appellate case number:    01-19-00819-CV

Trial court case number:    2018-57828

Trial court:    125th District Court of Harris County

Appellants, BTEC New Albany LLC, ReNew Albany Holdings, LLC, and Richard Woryk, have filed an opposed motion to extend time to file a reply brief by 21 days. Appellants' explanation for the requested extension is reasonable. *See* TEX. R. APP. P. 10.5(b). Accordingly, we **grant** appellants' motion. Appellants' reply brief, if any, is due **on or before March 2, 2020**.

**No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
☑ Acting individually    ☐ Acting for the Court

Date: February 20, 2020